UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNETTE ALBINO,

               Plaintiff,

vs.

                                        Civil Action No.:
                                        1:23-CV-02491-RWL

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

               Defendant.
-----------------------------------------------------------X

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/2/2023**

### PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MEMORANDUM IN SUPPORT

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension, *nunc pro tunc*, to file her motion for judgment on the pleadings to July 26, 2023

Plaintiff's brief was due on June 24, 2023. However, due to a calendaring error the motion and brief in support were not timely filed under the schedule and the missed deadline was not discovered until today. In light of this error, Plaintiff kindly requests an extension, *nunc pro tunc*, to file her motion and brief as timely as of July 26, 2023.

Dated: July 26, 2023

                                                                           Respectfully Submitted,

                                                     By:  /s/ Louis R. Burko
                                                              LOUIS R. BURKO
                                                               Severance, Burko, Spalter, Masone, P.C.
                                                               16 Court Street, Suite 2400
                                                               Brooklyn, NY 11241
                                                               (718)-624-2300
                                                               Fax (718)-522-3766
                                                               Louis_Burko@sbscomplaw.com

Request granted. Plaintiff's brief is deemed filed as of June 24, 2023 nunc pro tunc. Defendant's brief is due August 28, 2023. Plaintiff's reply is due September 11, 2023.

SO ORDERED:

8/2/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE