UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANNETTE ALBINO,

                    Plaintiff,                    23 CIVIL 2491 (RWL)

      -v-                             **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 31, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  The parties further agree that on remand, Plaintiff will be offered an opportunity for a new hearing.

**Dated:**  New York, New York

      August 31, 2023

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court

                             **BY:**
                                                _____
                                                                **Deputy Clerk**