UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANNETTE ALBINO,<br><br>Plaintiff,<br><br>- against -<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | : | 23-CV-2491 (RWL)<br><br>**ORDER: ATTORNEYS' FEES** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having succeeded in this litigation, Plaintiff filed a motion for attorney's fees on July 27, 2026. (Dkt. 19.) No opposition or other response has been filed by the Commissioner: Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $56,974.75 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits. Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $7,231.80, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2026
New York, New York

Copies transmitted this date to all counsel of record.